RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 21 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

SCJ

Collette L. Keeton
(Print your full name)

Plaintiff *pro se*,

v.

Michael Thurmond, Superintendent of
DeKalb County Schools,
Mark Butler, Georgia Department of Labor
Heather McElroy, Stone McElroy & Associates
The Standard Insurance Company
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1 14-CV-2330

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   __X__   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

|       | |
|-------|-|
| _____ | Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute. |

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

|   | |
|---|-|
| X | Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute. |

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

|   | |
|---|-|
| X | Other (describe) Workplace Bullying and Harassment, Reprisal, Slander, Defamation, Disparate Treatment, HIPPA, FMLA and Whistle Blowing |

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Collette L. Keeton

   Address   404 Chateauguay Drive

             Ellenwood, GA 30294

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Michael Thurmond, Superintendent of DeKalb County Schools

   Address   1701 Mountain Industrial Blvd

             Stone Mountain, GA 30083-1027

   Name      Mark Butler, Commissioner of Georgia Department of Labor
             148 Andrew Young International Blvd, N.E., Ste 525
   Address   Atlanta, GA 30303-1734

   Name      Heather McElroy, Stone, McElroy & Associates
   Address   1701 Mountain Industrial Blvd
             Stone Mountain, GA 30083-1027

   Name      The Standard Insurance Company
   Address   900 SW Fifth Ave
             Portland, OR 97204-1235

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   N/A

6. When did the alleged discrimination occur? (State date or time period)

   Approximately 2007-2014. Dates are listed on the EEOC complaints, grievances and other complaints.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?     _x_ Yes     ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   _x_ Yes     ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: The date that I received the letter was around April 26, 2014. It is postmarked April 22, 2014 and signed on April 21, 2014. It was received and stamped April 8, 2014.

9. If you are suing for **age discrimination**, check one of the following:

   _N/A_     60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _N/A_     Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   __X__ Yes  _____ No  _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

EEOC investigated the June 2011 complaint. They stated that DeKalb County Schools would not go to arbitration with me. EEOC stated that I needed to meet with their officer Nicole Diggs at the DeKalb County School District (DCSD) Human Resource Office. On or about June of 2012 Derek Carson was there and stated that I needed to sign a statement saying that I would not sue the district. He said he wasn't going to draw up my contract until I did. Diggs was there with a contract that I did not agree with the amount. So I had to return to the district to sign the contract and view the back pay accounting to see if I agreed with that amount. I did not. I signed the contract on my return and I mailed the back pay check back to DCSD requesting an itemization on what periods it covered. That was never given. Open records was requested by GAE Lawyer Sharese Shields Ages and the same check was paid out October 28, 2013 so we still disagree. Diggs said I have a settlement with DCSD of getting my back pay and my contract or job. I am filing since I do not have either. EEOC closed the case and assigned a new number.

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   _____ Yes  _____ No  __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   __N/A__

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___  failure to hire me
    _X_  failure to promote me
    _X_  demotion
    _X_  reduction in my wages
    _X_  working under terms and conditions of employment that differed from similarly situated employees
    _X_  harassment
    _X_  retaliation
    _X_  termination of my employment
    _X_  failure to accommodate my disability
    _X_  other (please specify) LWOP, FMLA, HIPPA, GAA & Other Testing Issues, Hostile Work Environment, Bullying, Denial of Professional Development ~~and Certifications, Placing A Paraprofessional In My Instructional~~ Position While I Was In The Position, Placing Me In A Classified Position

13. I believe that I was discriminated against because of (check only those that apply):

    ___  my race or color, which is _____
    ___  my religion, which is _____
    _X_  my sex (gender), which is     ___ male     _X_ female
    ___  my national origin, which is _____
    ___  my age (my date of birth is _____)
    _X_  my disability or perceived disability, which is: Asthma, Post-Traumatic Stress Disorder, Respiratory Airway Disease, Chronic Fatigue Syndrome, Depression & Anxiety. My perceived disability was Cognitive Deficit: Communication Disorder Non-Specified.
    _X_  my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _X_  other (please specify) my filing an OCR report, participating in a student tribunal, participation in my own tribunal, request to have a GAA inaccurate report removed, reporting bullying and workplace harassment, asking for my evaluations, LWOP restoral, back pay and other stipends request

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

The conduct that I believe is discriminatory follows: When a FMLA or any leave is needed 1) FMLA is denied. Then, 2) leave without pay (LWOP) is given even with leave available. When I came off of sick leave with doctor's release I was not called back for months to stress my circumstances unduly; subjected to fitness for duty checks and placed on paid administrative leave that went into more LWOP, 3) displacements, 4) a psychiatric reprisal, 5) a non-renewal and 6) terminations. 7) Negative evaluations were rendered while I was on sick leave that were unsatisfactory or given while I was teaching out of field (Jo Ann Williams West, Constance Franklin and Robert Tucker). Professional development plans were given while I was on paid administrative leave (James Jones and Triscilla Weaver) and intermittent FMLA disability. I got Needs Improvement evaluations in 2012 and 2013 that DCSD never gave to me. 8) Excellent evaluations for 2010 and 2009 were removed from my personnel file and I was told they are lost. 9) I testified at my non-renewal tribunal of November 29-30, 2011 that I was teaching out of field and tested a student without proper certification from what Clarence Anderson, Jr. told me. He said I should be fired. He and other administrators and teachers locked me in my classroom and said I could not leave until I gave him GAA files. He said he would get Tony Eitel to fire me and I would be looking for a job at the college again. He said that my students, parapro and I did not count because they were not as high performing as students in Wheeler's class. Anderson said he wanted him and my former paraprofessional, Marion Smith, back. He said he had to take what the district left and told everyone at the district, the worksite and in administration that I was not Highly Qualified. Sean Perkins did not take my paperwork to the district so I could lose my job. Anderson felt he needed a man in the department and in my place or the paraprofessional, Shirley Ann Brown, could take my job. With his help, she did so briefly and then a man was put in my place. Hence, self-contained students and I were gravely harmed in the classroom because they got an out-of-field teacher in two classrooms in place of their highly qualified teacher. I filed a grievance in early to mid October of 2010. They said it wasn't filed and it was long and rambling. It is in the tribunal files as an exhibit. So, I asked for the tribunal tapes and audio and was told that it is lost or portions of it are gone. My evaluations are not fixed since 2008 and prevent my employ and further injures me gravely.

When I complained then I was 10) violated at work with workplace harassment, hostility and bullying/mobbing. I was teaching out-of-field for the majority of the school day at 67% or more for years and I was not notified of the results until years later through open records request and no damages were paid or certifications added to my certificate to rectify the situations. 11) Computers were stolen or we did not have enough for oversized classes and we still had to hold class. It was too hot in class but nothing changed. Since, we complained, I got 12) over-evaluated almost every day of the school year with no change and no offer to order anything for my classes. When students injured me, 2008 and 2013 I was not allowed to go seek treatment, and not given the form to file until too late so I was denied workman's comp. Admin put my sub in academic classes so I still was unable to go. 13) Then, they put the students back in my class and allowed them to threaten and injure me further. I asked for the students to be disciplined and they did nothing until I said I was pressing charges.

14) I reported over-crowded conditions, network problems and at-risk, litigable situations. I also placed an OCR report. I was replaced by Annette Ford again. 15) Then, I was terminated August 5, 2013 and notified June 11, 2014. On May 1, 2014 there was another termination hearing that I tried to reschedule but was told the request was untimely. So, it was approved May 23, 2014. I was not given the notice since it was sent back when I was here at home and would not miss service. On July 3, 2014 or so I received an open records request showing that my appeal rights were gone as of June 23, 2014 or 30 days from the notice that was returned.

15) I responded that I still want to appeal and that their notices were not timely. Likewise, I cannot appeal without the transcripts and my personnel file to dispute whatever terminated me without cause or discriminatory causes for taking an approved Intermittent FMLA Disability leave that was effective March 28, 2014 or so and filing reports. According to the April 18, 2014 charge letter an August 8, 2013 or so e-mail approving my FMLA was sent to my district e-mail. I have been blocked from district e-mail since March 11, 2013 when I went on sick leave that evening. I am indigent because I do not qualify for anything with DCSD reports of me being on LWOP, a leave of absence and now terminated. I was released to go back to work on May 28, 2013 and May 31, 2013 but DCSD never called me back to work. They also have not paid me for the LWOP rendered in error or given me all of my documents.

15. Plaintiff  \_\_\_\_\_  still works for defendant(s)
              \_X\_\_  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   \_X\_ Yes   \_\_\_\_\_ No

    If you checked "Yes," please explain: The district denied a medically necessary device that I needed during the 2012-2013 school year. My breaks, lunch and planning are supposed to be unencumbered but they were not given at the last middle school that I worked at in the district. This also happened in 2008 and 2009-2010 when I would not get my full break, lunch or planning. Each time, I requested to postpone meetings until after I came from my doctor's appointments or after school but the principal and whoever else was sent came in anyway causing me undue illness, loss, stress and additional fatigue.

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   \_\_\_\_\_ Yes  \_X\_ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

\_X\_  Defendant(s) be directed to: Action the administrators and other educators files who acted unlawfully and unethically. Add the certifications I requested. Provide the items lawyers or I requested through open records. Pay the LWOP, back pay, stipends, refund insurance premiums and other outstanding money due to me as determined by IRS lawyers and my salary for the 2013-2014 school year until I was noticed of termination.

\_X\_  Money damages (list amounts) Please See Attached Money Damages Request. I would like to receive what is just and appropriate under the Whistleblower and court set maximums for any law, ethics and statute violations. Pain and suffering, medical expenses, loss of homes, auctions, fees, pay for school, slander, defamation, etc.

\_X\_  Costs and fees involved in litigating this case

\_X\_  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __21__ day of __July__, 20__14__

_Collette L Keeton_ (signature)
(Signature of plaintiff *pro se*)

Collette L. Keeton
(Printed name of plaintiff *pro se*)

404 Chateauguay Drive
(street address)

Ellenwood, GA 30294
(City, State, and zip code)

clkeeton1@gmail.com
(email address)

678-418-0807
(telephone number)

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Collette Keeton<br>404 Chateauguay Drive<br>Ellenwood, GA 30294 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-03107 | Elouise Freeman,<br>Intake Supervisor | (404) 562-6580 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Elouise Freeman for_
Bernice Williams-Kimbrough,
District Director

4/21/14
(Date Mailed)

Enclosures(s)

cc: Ronald Ramsey
Office of Internal Affairs
DEKALB COUNTY SCHOOL SYSTEM
1701 Mountain Industrial Boulevard
Stone Mountain, GA 30083

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

**RECEIVED APR 08 2014 EEOC-ATDO**

Charge Presented to: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): **410-2014-03107**

and EEOC

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) Ms. Collette L. Keeton | Home Phone (Incl. Area Code) 404-384-1646 | Date of Birth May 18, 1968 |
|---|---|---|
| Street Address 404 Chateauguay Drive | City, State and ZIP Code Ellenwood, GA 30294 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name DeKalb County School District (DCSD) | No. Employees, Members 500 or More | Phone No. (Include Area Code) 678-676-1200 |
|---|---|---|
| Street Address 1701 Mountain Industrial Blvd | City, State and ZIP Code Stone Mountain, GA 30083 | |
| Name The Standard Insurance Company | No. Employees, Members 500 or More | Phone No. (Include Area Code) 888-937-4783 |
| Street Address 900 SW Fifth Ave | City, State and ZIP Code Portland, OR 97204-1235 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☒ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 11-30-2011   Latest 03-29-2014
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)): I began working for the above-named employer on January 9, 2006, as a High School Business Technology Education Teacher, displaced to an Elementary Instructional Reading Title 1 Specialist, later was a Self-Contained Teacher, rifted to a Computer Tech Classified personnel position, district placed in a Middle School Interrelated MOID position and finally was transferred to a Middle School Business Computer Science Teacher position. June 1, 2012 DeKalb County Schools (DCSD) sent me a copy of the board decision of November 29-30, 2011. November 30, 2011 to present I requested a copy of the November 2011 tribunal, copy of all evaluations, professional learning units earned and letter of experience verification. August of 2012 I requested an itemization of all back pay, other pay due and return to work as DCSD Board recommended above. From August 2012 to May 31, 2013 I took intermittent medical leaves and personal leave. In September of 2012 an assistant administrator released my medical status to others.

In or around March of 2013 The Standard Insurance Company determined I qualified for Workman's Compensation and denied disability. On March 3, 2013 I filed an OCR Report. March 4, 2013 I returned to work and Triscilla Weaver said I had to report to the district for a fitness for duty check. March 4, 2013 I was released from the district to return to work and I witnessed at a student tribunal. March 11, 2013 to May 31, 2013 I took sick leave. March 28, 2013 I received the first of many Leave Without Pay (LWOP) statements as reported to DCSD by Triscilla Weaver. April 30, 2013 or so Triscilla Weaver gave me a needs development online performance appraisal. May 31, 2013 I was doctor released to return to work and submitted the forms to DCSD Human Resources.

On or about April 30, 2013, May 8, 2013 and February 10, 2014 I received letters from GA Department of Community Health that my medical benefits expired due to LWOP status reported by DCSD from about April 12, 2013 through September 13, 2013 to present. March 2014 I requested a hearing. March 29, 2014 GA Department of Labor contacted me by phone and stated I have to file a Judicial Review on DCSD.

I believe I have been discriminated against because of my disability in violation of Title I of the American's with Disabilities Act of 1990, as amended.

I believe I have been workplace harassed, workplace bullied, cyber-baited, cyber-bullied, mobbed, over-evaluated, retaliated against and suffered reprisal for being different, filing reports, attending tribunals, filing grievances, police reports and requesting hearings in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| April 8, 2014   *Collette Keeton* Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____, and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) Ms. Collette L. Keeton | Home Phone (Incl. Area Code) 404-384-1646 & 228-475-2315 | Date of Birth May 18, 1968 |
|---|---|---|

Street Address **404 Chateauguay Drive** City, State and ZIP Code **Ellenwood, GA 30294**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name DeKalb County School District (DCSD) | No. Employees, Members 500 or More | Phone No. (Include Area Code) 678-676-1200 |
|---|---|---|

Street Address **1701 Mountain Industrial Blvd** City, State and ZIP Code **Stone Mountain, GA 30083**

| Name GA Department of Labor–Appeals Tribunal | No. Employees, Members 500 or More | Phone No. (Include Area Code) 404-232-3900 |
|---|---|---|

Street Address **143 Andrew Young Int'l Blvd NE, Ste. 525** City, State and ZIP Code **Atlanta, GA 30303-1734**

| Name The Standard Insurance Company | No. Employees, Members 500 or More | Phone No. (Include Area Code) 888-937-4783 |
|---|---|---|

Street Address **900 SW Fifth Ave** City, State and ZIP Code **Portland, OR 97204-1235**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☒ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 4-18-14  Latest: 6-18-14
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)): I began working for the above-named employer on January 9, 2006, as a High School Business Technology Education Teacher and ended as a Middle School Business Computer Science Teacher August 5, 2013 according to the attached Separation Notice dated June 11, 2014, postmarked June 12, 2014 and received June 20, 2014. After taking leave in February and March of 2013 and receiving an approved disability FMLA sick leave beginning in late March of 2013, filing an OCR report, filing a judicial review and an EEOC continuing claim from June 2011 to April 8, 2014; I received a letter of termination charges dated April 18, 2014 from Ronald Ramsey, Sr. in Internal Affairs and Michael Thurmond, Superintendent of DeKalb County Schools.

DeKalb County Schools sent me a Separation Notice from the Georgia Department of Labor that shows my effective date of separation or termination by the DeKalb County School Board is August 5, 2013. The date of June 11, 2014 of releasing the information to me is too late for notice. This is in reprisal and retaliation for me filing unemployment claims, filing unemployment appeals, making complaints and in violation of my ADA rights. I was also not noticed timely of the charges that caused my termination nor given any documents from the termination hearing of 2014. Thus, getting restitution for any pay due or damages for periods prior to the June 2011 EEOC filing is now hampered by the two to three year timelines on EEOC and GINA cases. I believe I was terminated to stop my reports and because I have a disability that was caused by work injuries I sustained while working in DCSD.

I believe I have been discriminated against because of my disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended. I believe I was wrongfully terminated in violation of the FMLA or Family Medical Leave Act of 2009, as amended. I believe my HIPPA rights were also violated. I believe OCR safeguards and civil rights laws against reprisal and retaliation were violated.

I believe I have been disparately treated, workplace harassed, workplace bullied, cyber-baited, cyber-bullied, mobbed, over-evaluated, retaliated against, suffered undue hardship, continue to suffer excessive loss and reprisal for being different, filing reports, attending tribunals, filing grievances, police reports and requesting hearings in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| June 20, 2014 Date  *Collette L. Keeton* Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 410-2011-04144 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Collette Keeton | (404) 384-1646 | 05-18-1968 |

Street Address: 404 Chateauguay Drive, City, State and ZIP Code: Ellenwood, GA 30294

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DEKALB COUNTY SCHOOL SYSTEM | 500 or More | (678) 676-1200 |

Street Address: 1701 Mountain Industrial Blvd, City, State and ZIP Code: Stone Mountain, GA 30083

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-15-2010    Latest: 04-15-2011

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above-named employer on January 9, 2006, as a Business Technology Education Teacher and later as a Special Education Teacher. From October 20, 2010 through December 13, 2010, I took medical leave. On December 15, 2010, I was informed that I was placed on paid administrative leave pending a fitness for duty determination. On April 15, 2011, I was told that my contract would not be renewed for the next school year.

I was informed by Ramona Tyson, Interim Superintendent, that my contract was not renewed because I was found to be unfit for duty.

I believe I have been discriminated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 14, 2011
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit　　　　　　　　　　　　　　　　　　Descriptor Code: GAE(2)-E(1)
Complaints and Grievances, Certified Employees

*Complainant: Dr. Collette Keeton*
*Represented by: Dr. John Trotter, MACE*
*Respondent: JoAnn Williams-West*
*Witness Requested: JoAnn(e) Williams-West*

# DEKALB COUNTY SCHOOL SYSTEM
## DECATUR, GEORGIA

### CERTIFIED PERSONNEL COMPLAINT FORM

This complaint form must be filed within ten days after the date on which the cause giving rise to the complaint is evident or could reasonable have been expected to be evident to the employee. Filing is accomplished when the complaint form is received by the Office of the Superintendent.

Employee's Name _Dr. Collette Keeton_ School or Department _Cedar High School_

Home Phone _____ Social Security # _____ Date of Hire _12/20/05_

Position Classification _Teacher, Business Ed._

Complete Home Address _____ _Ellenwood, GA_
_30294_

I hereby present the following complaint to the Office of the Superintendent. I wish to have a hearing on this complaint in accordance with the complaint procedure set forth in the Board's Complaint Resolution Policy.

### EMPLOYEE'S STATEMENT OF COMPLAINT

1. What is the date of the occurrence of the most recent incident or other matter on which the complaint is based? _April 1, 2008_

2. What statute, policy, rule, regulation, or written agreement has been violated, misapplied, or misinterpreted? _OCGA 20-2-131(5); OCGA 20-2-132(1); Standard 10 (Code of Ethics, PSC)_

3. Describe here the specific facts or events on which the complaint is based that explain how such statute, policy, rule, regulation, or written agreement was violated, misapplied, or misinterpreted, and how it affects the employment relationship of the Complainant? (Give names, dates, places, times, and other specifics. Additional pages may be attached.) _Until now, Ms. Williams-West still lies me to teach out of field a majority of each day._

4. What relief are you seeking? _I am requesting that Ms. Williams-West cease her unethical & unprofessional conduct & that she not retaliate against me in any manner_

_Collette Keeton_ 4/3/2008 20 _08_
Employee's Signature　　　　　　　　　　Date

_form (including evaluations) for filing this grievance._

ISSUED: 09/11/2000

DEKALB COUNTY BOARD OF EDUCATION

Page 1

**Exhibit**  
**Complaints and Grievances, Certified Employees**

Descriptor Code: GAE(2)-E(1)

## DEKALB COUNTY SCHOOL SYSTEM
## DECATUR, GEORGIA

### CERTIFIED PERSONNEL COMPLAINT FORM

This complaint form must be filed within ten days after the date on which the cause giving rise to the complaint is evident or could reasonable have been expected to be evident to the employee. Filing is accomplished when the complaint form is received by the Office of the Superintendent.

Employee's Name __Collette L. Keeton__   School or Department __Exceptional Education Department, DeKalb__

Home Phone __678-418-0800__   Social Security #__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__   Date of Hire __1-9-2006__

Position Classification __MID/MoID/SID/AUT Multiple ID Teacher McNair High School Grades 1-3 functioning 9-12__

Complete Home Address __404 Chateauguay Drive, Ellenwood, GA 30294__

I hereby present the following complaint to the Office of the Superintendent. I wish to have a hearing on this complaint in accordance with the complaint procedure set forth in the Board's Complaint Resolution Policy.

### EMPLOYEE'S STATEMENT OF COMPLAINT

1. What is the date if the occurrence of the most recent incident or other matter on which the complaint is based? __10-6-10, 10-5-10, 10-1-10, 9-30-10, 9-28-10, 9-27-10, 9-9-10, 9-10-10, 9-11-10, 8-25-10, 5-11-10, 4-21-10, 4-17-10, 4-1-10, 3-19-10, 3-18-10 or thereabout__

2. What statute, policy, rule, regulation, or written agreement has been violated, misapplied, or misinterpreted? __Title 20-2-984.3 of O.C.G.A. 4. Misrepresentation or Falsification 2-4; Confidentiality of Information: 9. Failure to Make a Required Report: 10. Professional Conduct: 11. Testing 1 & 2; The willful failure of school administrators to comply...Code 20-2-984.5__

3. Describe here the specific facts or events on which the complaint is based that explain how such statute, policy, rule, regulation, or written agreement was violated, misapplied, or misinterpreted, and how it affects the employment relationship of the Complainant? (Give names, dates, places, times, and other specifics. Additional pages may be attached.) __Freedom of the right to teach without threat of losing my job, without harassment for being the teacher that I am, without facing hostility on the job and disparate treatment, without defamation and slander from district SEVLT, Clarence W. Anderson, site department chair, Jacinth M. Romney-Drayton, former and present para-professionals or other untoward actions.__

4. What relief are you seeking? __Settlement, extended day pay, removal of the out-of-compliance letter of 3-19-10 from my file and first class; removal of the warning letter from administration on or about 3-18-10 due to quasi-admin's falsehoods; transfer out of the special education department to DOLA Online in Reading, Gifted or Business Education immediately with restoration of standing to avoid further displacement and reprisal; Please also hold the hearing that was supposed to occur 4-2008 on CGHS admin or I wish to sue for remedy since the unfair displacement then has caused these current events.__

_(signature)_ __Collette F. Keeton__   __10-8__, 20 __10__
Employee's Signature            Date

---

ISSUED: 09/11/2000

**DEKALB COUNTY BOARD OF EDUCATION**