IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLETTE L. KEETON,         : | |
| :  | |
| Plaintiff,         : | |
| :  | |
| v.                              : | Civil Action No. |
| :  | 1:14-CV-02330-SCJ-JCF |
| MICHAEL THURMOND,     : | |
| Superintendent of DeKalb County : | |
| Schools, et al.,                    : | |
| :  | |
| Defendants         : | |

**ORDER FOR SERVICE OF REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Attached is the Report and Recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Civil Rule 72.1.  Let the same be filed and a copy, with a copy of this order, be served upon counsel for the parties.

Each party may file written objections, if any, to the attached Report and Recommendation within 14 days after being served with a copy of it.  28 U.S.C. § 636(b)(1).  Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the

Report and Recommendation may be adopted as the opinion and order of the District Court and any appeal of factual findings will be limited to a review for plain error or manifest injustice. *United States v. Slay*, 714 F.2d 1093 (11th Cir. 1983), *cert. denied*, 464 U.S. 1050 (1984).

The Clerk is **directed** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED** this 9th day of October, 2014.

                                            /s/ *J. CLAY FULLER*
                                            J. CLAY FULLER
                                            United States Magistrate Judge