UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLETTE L. KEETON )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL THURMOND, )<br>Superintendent of DeKalb County )<br>Schools, et al., )<br>)<br>  Defendants. )<br>_____ | Civil Action No.<br><br>1:14-CV-02330-SCJ |

## ORDER

Defendants STONE, MCELROY AND ASSOCIATES and HEATHER MCELROY request a stay of time to answer or otherwise respond to Plaintiff's First Amended Complaint [Dkt. 7] until 14 days after this Court rules on the Magistrate's Report and Recommendation recommending dismissal of all claims in this case.

IT IS ACCORDINGLY ORDERED that the Defendants shall have the requested extension of time.

Entered this 14th day of November, 2014.

s/Steve C. Jones
_____
STEVE C. JONES
UNITED STATES DISTRICT COURT